Entered: November 24, 2020
Signed:  November 24, 2020

**SO ORDERED**



_____
**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

**In re:   Case No.:  20–17837 – TJC     Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Paul Turner
*debtor has no known aliases*
3310 N Leisure World Blvd
Apt 507
Silver Spring, MD 20906–5663

Social Security No.:   xxx–xx–9487

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 8/25/20.

The estate of the above−named debtor has been fully administered.

ORDERED, that Merrill Cohen is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec –** *nguerra*